THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:17-cv-95

ELLA MATTHEWS,

    Plaintiff,

v.

TCL COMMUNICATION, INC., TCT MOBILE (US) INC., TCT MOBILE, INC., AND TCT MOBILE (US) HOLDINGS INC.,

    Defendants.

**PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT FOR PURPOSES OF RESOLVING ADDITIONAL CLAIMS AND REQUEST FOR EXTENSION OF DEADLINE TO SUBMIT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Plaintiff Ella Matthews, by and through counsel and with the written consent of the undersigned Defendants' counsel, hereby files the attached Amended Complaint which adds the claims of Kentucky resident Russell Noll on behalf of himself and a class of Kentucky residents who purchased the same phones at issue in the above-captioned lawsuit and which will be settled as part of this action. Mr. Noll originally brought his claims in a parallel state court action in Kentucky, and this amendment will aid judicial efficiency by allowing the parties to seek approval of a two-state class action settlement in one forum.

Federal Rule of Civil Procedure 15 governs the amendment of pleadings and provides, in relevant part, that "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

Fed.R.Civ.P. 15(a)(2). Here, Defendants consent in writing to the amendment and thus this amendment is proper.

Notwithstanding the filing of the attached Amended Complaint, the parties continue to have an agreement in principle to settle the case. Therefore, the parties jointly request that the deadline by which they must file preliminary approval paperwork be extended from January 31, 2018, as stated in the Notice of Pending Settlement filed on December 20, 2017, to February 21, 2018. This extension is necessary to accommodate Defendants' internal approval logistics of the agreement and allow the parties to finalize the class settlement.

Dated: January 30, 2018                              Respectfully submitted,

/s/ Jon Berkelhammer                                 /s/ Scott C. Harris
Jon Berkelhammer                                     Scott C. Harris
N.C. State Bar No. 10246                             Whitfield Bryson & Mason LLP
ELLIS & WINTERS LLP                                  900 W. Morgan Street
300 North Greene Street, Suite 800                   Raleigh, North Carolina 27603
Greensboro, North Carolina 27401                     Telephone: (919) 600-5000
Telephone: (336) 389-5683                            Facsimile: (919) 600-5035
Facsimile: (336) 217-4198
jon.berkelhammer@elliswinters.com                    Nicholas A. Migliaccio, Esq.*
                                                     Jason S. Rathod, Esq.*
Brian W. Shaffer (*pro hac vice* to be filed)        Migliaccio & Rathod LLP
Thomas J. Sullivan (*pro hac vice* to be filed)      412 H Street N.E., Suite 302
MORGAN, LEWIS & BOCKIUS LLP                          Washington, D.C. 20002
Philadelphia, PA 19103                               Office: (202) 470-3520
Telephone: (215) 963-5000                            Fax: (202) 800-2730
Facsimile: (215) 963-5001
brian.shaffer@morganlewis.com                        Gary E. Mason, Esq.*
thomas.sullivan@morganlewis.com                      Jennifer S. Goldstein, Esq.*
                                                     5101 Wisconsin Ave. NW
                                                     Ste. 305
                                                     Washington, D.C. 20016
                                                     Office: (202) 640-1160
                                                     Fax: (202) 429-2294

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2018, I electronically filed the foregoing Notice of Filing with the Clerk of Court via ECF which will send notification of such filing to any parties appearing in said system on the January 30, 2018.

/s/ *Scott C. Harris*
Scott C. Harris
Whitfield Bryson & Mason, LLP
900 W. Morgan St.
Raleigh, NC 27603

*Attorney for Plaintiff*