IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-095-FDW-DCK

| | |
|---|---|
| ELLA MATTHEWS, Individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| TCL COMMUNICATION INC., TCT MOBILE, (US) INC., TCT MOBILE, INC., AND TCT MOBILE (US) HOLDINGS INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 18) filed by Scott C. Harris, concerning Jason Rathod on February 7, 2018. Mr. Jason Rathod seeks to appear as counsel *pro hac vice* for Plaintiffs Ella Matthews and Russell Noll. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 18) is **GRANTED.** Mr. Jason Rathod is hereby admitted *pro hac vice* to represent Plaintiffs Ella Matthews and Russell Noll.

**SO ORDERED**.

Signed: February 8, 2018

David C. Keesler
United States Magistrate Judge