UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00095-FDW-DCK

| | |
|---|---|
| ELLA MATTHEWS and RUSSELL NOLL, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>TCL COMMUNICATION INC., TCT MOBILE, INC., TCT MOBILE (US) INC., and TCT MOBILE (US) HOLDINGS INC.,<br><br>    Defendants. | ORDER |

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion For Final Approval Of Settlement, Certification Of The Settlement Class, And Approval Of The Named Plaintiffs' Incentive Awards And Attorneys' Fees, Costs And Expenses (Document No. 32). After presiding over a Fairness Hearing on August 8, 2018, United States Magistrate Judge David C. Keesler filed a Memorandum and Recommendation ("M&R") later that day, recommending Plaintiff's motion be granted and that the parties' proposed "Final Approval Order" be adopted. No objections to the M&R have been filed, and the time for doing so has expired. This matter is ripe for adjudication.

Under Rule 72(b) of the Federal Rules of Civil Procedure, a District Judge shall make a *de novo* determination of any portion of an M&R to which specific written objection has been made. Fed.R.Civ.P. 72(b). No objection to the M&R having been filed, the parties have waived their right to *de novo* review of any issue covered in the M&R. Nevertheless, this Court has conducted a full and careful review of the M&R and other documents of record and, having done so, hereby

1

finds that the recommendation of the magistrate judge is, in all respects, in accordance with the law and should be approved.

Accordingly, the court ADOPTS the recommendation of the magistrate judge as its own. Plaintiffs' Unopposed Motion For Final Approval Of Settlement, Certification Of The Settlement Class, And Approval Of The Named Plaintiffs' Incentive Awards And Attorneys' Fees, Costs And Expenses (Document No. 32) is GRANTED and the parties' proposed "Final Approval Order" is ADOPTED.

IT IS SO ORDERED.

Signed: August 23, 2018

Frank D. Whitney
Chief United States District Judge